[No. 24085-1-III.   Division Three.   November 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY R. WATTS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00939-9, Cameron Mitchell and Craig J. Matheson, JJ., entered November 8, 2004, and January 31, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato and Kulik, JJ.

[No. 24442-3-III.   Division Three.   November 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. PESONEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00516-6, Harold D. Clarke III, J., entered August 19, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 25033-4-III.   Division Three.   November 21, 2006.]

*In the Matter of the Personal Restraint of* DANIEL R. HUWE, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24169-6-III.   Division Three.   November 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOHN GRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00230-5, Cameron Mitchell, J., entered April 6, 2005. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.